No. 381. Z. & F. ASSETS REALIZATION. CORPORATION *v.* HULL, SECRETARY OF STATE, ET AL.; and

No. 382. AMERICAN-HAWAIIAN STEAMSHIP Co. *v.* SAME. October 14, 1940. Petitions for writs of cer-

tiorari to the Court of Appeals for the District of Columbia granted. MR. JUSTICE ROBERTS took no part in the consideration and decision of these applications. *Messrs. Frank Roberson, John F. Condon, Jr., John Bassett Moore,* and *Joseph M. Proskauer* for petitioner in No. 381. *Mr. Fred K. Nielsen* for petitioner in No. 382. *Solicitor General Biddle, Assistant Attorney General Shea,* and *Messrs. Melvin H. Siegel* and *Francis J. Mc-Namara* for the Secretary of State et al., and *Mr. William D. Mitchell* for the Lehigh Valley Railroad Co.; respondents. Reported below: 114 F. 2d 464.